JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEOFFREY BOLDT, | ) | NO. CV 14-4297-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 19, 2014.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE